HONORABLE STANLEY BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cody Allen Easterday,<br><br>   Plaintiff,<br><br> v.<br><br>Tyson Fresh Meats, Inc.,<br><br>   Defendant. | No. 4:23-cv-05019-SAB<br><br>**Notice of Hearing** |

PLEASE TAKE NOTICE that on the 12th day of October 2023 at 2:30 PM or as soon thereafter as counsel may be heard, the parties will appear before the Honorable Chief Judge Stanley Bastian at the Thomas S. Foley United States Courthouse, 920 West Riverside Ave, Spokane, WA 99201, and present their arguments in support of and opposition to **Tyson's Motion to Dismiss** (ECF No. 19).

NOTICE OF HEARING
(No. 4:23-cv-05019-SAB) – 1

**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Phone: +1.202.654.6200
Fax: +1.202.654.6211

DATED: August 22, 2023

*Presented by:*

By: s/ *Andrew M. Wagley*
Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
**Etter McMahon, Lamberson, Van Wert & Oreskovich, P.C.**
618 West Riverside Avenue, Ste. 210
Spokane, WA 99201
Telephone: (509) 747-9100
Facsimile: (509) 623-1439
E-mail: carl@ettermcmahon.com
E-mail: awagley@ettermcmahon.com

*Of Counsel:*
Charles R. Macedo, *Pro Hac Vice*
David P. Goldberg, *Pro Hac Vice*
**Amster, Rothstein & Ebenstein LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile (212) 336-8001
E-mail: cmacedo@arelaw.com
E-mail: dgoldberg@arelaw.com

Jeffrey S. Jacobovitz, *Pro Hac Vice*
Justin F. Ferraro, *Pro Hac Vice*
**Arnall Golden Gregory LLP**
1775 Pennsylvania Ave, NW
10th Floor
Washington D.C. 200006
Telephone: (202) 677-4056
Facsimile: (202) 677-4057
E-mail: jeffrey.jacoboviz@agg.com
E-mail: justin.ferraro@agg.com

*Attorneys for Plaintiff Cody Allen Easterday*

By: s/ *Breanna C. Philips*
Breanna C. Philips, WSBA #58757
Susan E. Foster, WSBA #18030
Alan D. Smith, WSBA #24964
Perkins Coie LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: BPhilips@perkinscoie.com
Email: SFoster@perkinscoie.com

Jon B. Jacobs, Pro Hac Vice
Perkins Coie LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005-3960
Telephone: (202) 654-1758
Facsimile: (202) 654-6211
E-mail: JBJacobs@perkinscoie.com

Attorneys for Defendant Tyson Fresh Meats, Inc.

NOTICE OF HEARING
(No. 4:23-cv-05019-SAB) – 2

**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Phone: +1.202.654.6200
Fax: +1.202.654.6211