AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 28, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CODY ALLEN EASTERDAY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:23-CV-05019-SAB |
| TYSON FRESH MEATS, INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion to Dismiss, ECF No. 19, is GRANTED.
Pursuant to the Order filed at ECF No. 28, Plaintiff's federal claims are dismissed, with prejudice. The Court declines to exercise supplemental jurisdiction over the remaining state CPA claim.
Judgment is entered in favor of Defendant on Plaintiff's federal claims and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on Defendant's Motion to Dismiss.

Date: 8/28/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza